thIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Cr. No. 18-cr-20378-TLP |
| vs. | * | |
| | * | |
| HYEONG-WON LEE, | * | |
| And DONG-GUEL LEE, | * | |
| | * | |
| Defendants. | * | |

ORDER RESETTING FUGITIVE REPORT DATE

Upon motion of the United States, it is hereby **ORDERED** that the fugitive report date in this case is reset to **MONDAY, SEPTEMBER 9, 2019 at 9:00 AM.**

**ENTERED** this 17th day of July 2019.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE